**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TONY WILLIAMS
REG. #20186-074                                                              PETITIONER


VS.                                    2:08CV00113 JTR


T.C. OUTLAW, Warden,
FCI Forrest City                                                             RESPONDENT


**JUDGMENT**

     Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

     Dated this 17th day of September, 2008.


_____
UNITED STATES MAGISTRATE JUDGE